**No. 10-5978. Bernard DeVeaux, Petitioner v. Dennis Breslin, Superintendent, Arthur Kill Correctional Facility.**

562 U.S. 985, 131 S. Ct. 421, 178 L. Ed. 2d 329, 2010 U.S. LEXIS 8163.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-5983. Ecclesiastes M. D. Matthews, Petitioner v. James D. Purkett, Superintendent, Eastern Reception, Diagnostic and Correctional Center.**

562 U.S. 985, 131 S. Ct. 421, 178 L. Ed. 2d 329, 2010 U.S. LEXIS 8316.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 383 Fed. Appx. 583.

**No. 10-5984. Milton Humberto Saula-Rivera, Petitioner v. Pennsylvania.**

562 U.S. 985, 131 S. Ct. 422, 178 L. Ed. 2d 329, 2010 U.S. LEXIS 8227.

October 18, 2010. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 990 A.2d 53.

**No. 10-5985. Geraldine Trice, Petitioner v. Clark County School District, et al.**

562 U.S. 985, 131 S. Ct. 422, 178 L. Ed. 2d 329, 2010 U.S. LEXIS 8135.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 376 Fed. Appx. 789.

**No. 10-5989. Elizabeth Curry White, Petitioner v. Jennifer Arnold, et al.; and Elizabeth Curry White, Petitioner v. Ken Anderson.**

562 U.S. 985, 131 S. Ct. 422, 178 L. Ed. 2d 329, 2010 U.S. LEXIS 8164.

October 18, 2010. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

**No. 10-5991. Petitioner G, Petitioner v. Bridget Skaggs Brown, Commissioner, Kentucky Department of Juvenile Justice.**

562 U.S. 985, 131 S. Ct. 422, 178 L. Ed. 2d 329, 2010 U.S. LEXIS 8178.

October 18, 2010. Petition for writ of certiorari to the Supreme Court of Kentucky denied.

Same case below, 306 S.W.3d 80.

**No. 10-5993. Patrick Deon Davis, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 985, 131 S. Ct. 422, 178 L. Ed. 2d 329, 2010 U.S. LEXIS 8168.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 373 Fed. Appx. 446.